UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 08-20109-CR-MARTINEZ

UNITED STATES OF AMERICA,
                **Plaintiff,**

vs.

DANNI ESQUIVEL CRUZ,
                **Defendant,**

ROCHE SURETY & CASUALTY COMPANY, INC.,
                **Surety,**

ARTURO ESQUIVEL HERNANDEZ,
                **Surety,**

DINORAH ROBLES ESQUIVEL,
                **Surety.**
_____/

## FINAL JUDGMENT OF FORFEITURE OF APPEARANCE BOND

THIS MATTER is before the Court on the United States' Motion for a Final Judgment of Forfeiture of Appearance Bonds against defendant Danni Esquivel Cruz and as to the sureties Roche Surety & Casualty Company, Inc., Arturo Esquivel Hernandez, and Dinorah Robles Esquivel. The United States seeks to forfeit the appearance bond posted with this court in the sum of $75,000 as to the corporate surety, and $100,000 as to the personal surety, respectively, and the court having noted the previous revocation and estreature of said appearance bonds, and having found no basis for exonerating or remitting the bonds, it is

**ORDERED AND ADJUDGED** that plaintiff United States of America have judgment against defendant Danni Esquivel Cruz and surety Roche Surety & Casualty Company, Inc., in the sum of $75,000 as to the corporate surety, and against defendant Danni Esquivel and sureties Arturo Esquivel Hernandez and Dinorah Robles Esquivel, in the sum of $100,000 as to the personal surety, respectively, together with interest thereon from the date of this judgment as prescribed by 28 U.S.C.

§ 1961; and it is further,

**ORDERED AND ADJUDGED** that any and all monies or things of value deposited with the Registry Fund Account of the Clerk of Court as security for the aforesaid bonds shall be forthwith transferred to the treasury of the United States in accordance with 28 U.S.C. §§ 2042 and 2043; and it is further

**ORDERED AND ADJUDGED** that any and all real or personal property, wherever situated and in whomsoever's custody it may be pledged or granted to the United States to secure payment of the aforesaid bonds, is hereby forfeited to the United States and subject to disposition according to law.

**DONE AND ORDERED** in chambers in Miami, Florida, this 1 day of May, 2008.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

cc:

AUSA (Ryan K. Stumphauzer)
AUSA Elizabeth Stein (**two certified copies**)

Lee Nihan
Financial Section
Clerk's Office

Danni Esquivel Cruz
160 E. 46th Street
Hialeah, FL 33013

Roche Surety, Inc.
1910 Orient Road
Tampa, FL 33619

Arturo Esquivel Hernandez
Dinorah Robles Esquivel

Francisco Marty, Esq.
1885 NW North River Drive
Miami, FL 33125